IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LEE H. WAGNER,                          :
               Petitioner,       :
          v.                    :   Case No. 3:08-cv-186-KRG-KAP
KENNETH CAMERON, SUPERINTENDENT,:
S.C.I. CRESSON,                         :
              Respondent        :

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on December 17, 2009, docket no. 32, recommending that the petitioner's petition for a writ of habeas corpus be denied and that a certificate of appealability be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed timely objections, docket no. 33, but they are meritless.

After de novo review of the record of this matter together with the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this _30th_ day of December, 2009, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied.  A certificate of appealability is denied. The Report and Recommendation is adopted as the opinion of the Court.  The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by ECF to counsel of record and by U.S. Mail to:

Lee H. Wagner AJ-2441
S.C.I. Cresson
P.O. Box A
Cresson, PA 16699-0001

2